NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

Miscellaneous Docket No. 918

IN RE BAYER HEALTHCARE LLC and CSL BEHRING L.L.C.,

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 08-CV-0068, Judge T. John Ward.

ON PETITION FOR WRIT OF MANDAMUS

O R D E R

Upon consideration of Bayer Healthcare LLC et al.'s unopposed motion to withdraw this petition for writ of mandamus,

IT IS ORDERED THAT:

(1)     The motion is granted.  The petition is dismissed.

(2)     All pending motions are moot.

FOR THE COURT

FEB 2 4 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:     Peter B. Bensinger, Jr., Esq.
Robert R. Baron, Jr., Esq.
John C. Kappos, Esq.
Clerk, United States District Court for the Eastern District of Texas

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2010

JAN HORBALY
CLERK